# Court of Appeals
# of the State of Georgia

ATLANTA,  June 15, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0055.  CHAMBERS v. CHAMBERS.**

Upon consideration of Jessie James Chambers' "Second Motion for Extension of Time to File Application for Discretionary Appeal," the same is hereby DENIED. Rule 16 (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/15/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*